IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv61

| | |
|---|---|
| FLOR MARIA FUNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SHOFUN BUFFET AND HIBACHI ) | |
| GRILL OF ASHEVILLE, INC. d/b/a ) | |
| Shogun Buffet Hibachi Grill; JIAN ) | |
| QING WANG and SANDY WANG ) | |
| f/k/a Man Sun Wang, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is Defendants' Motion for Extension of Time to Answer [# 8]. Defendants moves for an extension of time to answer or otherwise respond to Plaintiff's Amended Complaint. For good cause shown, the Court **GRANTS** the motion [# 8]. Defendants shall have until May 17, 2013, to answer or otherwise respond to the Amended Complaint. In addition, the Court **DENIES as moot** the Motion to Dismiss [# 4].

Signed: April 24, 2013

Dennis L. Howell
United States Magistrate Judge

-1-